ANGELA ZINNERMAN, *pro per*
4170 Maynard Road
Oakland, CA 94605
Telephone: (510) 569-6190
Facsimile: (703) 714-7410


Bingham McCutchen LLP
ALAN R. BERKOWITZ (SBN 50112)
JACQUELINE S. BRONSON (SBN 222169)
DANIEL A. FELDSTEIN (SBN 209364)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
Email: alan.berkowitz@bingham.com
Email: jacqueline.bronson@bingham.com
Email: daniel.feldstein@bingham.com

Hunton & Williams LLP
THOMAS P. MURPHY
JEFFREY B. HARDIE
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, VA 22102
Telephone: (703) 714-7400
Facsimile: (703) 714-7410
Email: tpmurphy@hunton.com
Email: jhardie@hunton.com

Attorneys for Defendant
Sunrise Senior Living, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA ZINNERMAN, *pro per* <br><br>          Plaintiff, <br><br> v. <br><br> SUNRISE ASSISTED LIVING, <br><br>          Defendant. | Case No. C07-1968 MJJ <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

---

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Angela Zinnerman, *pro per*, and Defendant Sunrise Senior Living, Inc., incorrectly named in the caption as Sunrise Assisted Living, by counsel, hereby stipulate to the dismissal of this action, with prejudice, including all claims which were or could have been raised in this action, and specifically including all claims for attorneys' fees and costs.

Upon agreement and stipulation of the parties, it is **ORDERED** that this action shall be, and hereby is **DISMISSED** with prejudice.

The Clerk is directed to mail a certified copy of this Order to all counsel of record.

ENTERED: This 27th day of November 2007

_____
Martin J. Jenkins
United States District Judge

We hereby agree to entry of this Order and stipulation of dismissal with prejudice.

ANGELA ZINNERMAN

*/s/ Angela Zinnerman*

SUNRISE SENIOR LIVING, INC.

By _/s/ Jeffrey B. Hardie_
Jeffrey B. Hardie
Counsel for Sunrise Senior Living, Inc.